UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SANDRA PARKMAN THOMPSON,
*also known as* Sandie Parkman, ET AL.

CRIMINAL ACTION

NO. 10-101-JJB

## ORDER ON GOVERNMENT'S MOTION IN LIMINE

On November 17, 2011, the government filed a motion in limine (Doc. 97) against defendant Sandra Parkman Thompson, seeking a ruling that certain evidence could be admitted paralleling the conduct for which Thompson was indicted. The government asserted the evidence was intrinsic to the crime charged but alternatively asserted the evidence is admissible under Fed. Rule Evid. 404(b) and the Fifth Circuit's decision in *United States v. Beechum*, 582 F.2d 898 (5th Cir. 1978) (en banc).

On November 28, 2011, the Court held a status conference, and the motion was discussed. The Court specifically ordered a response to the motion within 30 days. (Minute Entry, Doc. 100). The Court even **bolded** the relevant part of the order to ensure compliance. (*Id.*). Nevertheless, defendant filed nothing in response.

Therefore, the Court treats any potential objections to the motion in limine (Doc. 97) as waived and abandoned. Accordingly, the Court GRANTS the motion (Doc. 97).

Signed in Baton Rouge, Louisiana, on February 14, 2012.

**JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**